SCANNED at LSP and Emailed
10-24-22 by 1/B . 13 pages
date   initials  No.

**RECEIVED**

**OCT 24 2022**

Legal Programs Department

Clerk of Court,
U.S. District Court,
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Tam Le. #605788
MPEY/Mag-3
Louisiana State Penitentiary
Angola, LA 70712-9818

**DATE: October 18, 2022**

RE: *Tam Le, #605788 vs. DARREL VANNOY, Warden*, Civil No. 19-9597.

Dear Clerk:

    Please find enclosed an Original of my pro se *Objection to Magistrate's Report and Recommendation*. I respectfully ask that you please file same into the docket of this court for judicial consideration.

    Your cooperation and time in this matter are greatly appreciated.

Respectfully,

Tam Le #605788

TL/dec#304580
Enclosure

cc:  w/encl. District Attorney, St. Tammany Parish