UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TAM Q. LE                                                   CIVIL ACTION

VERSUS                                                  NO. 19-9597

DARREL VANNOY, WARDEN                       SECTION: "H"(3)

**O R D E R**

    The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

    **IT IS ORDERED** that the federal application for habeas corpus relief filed by Tam Q. Le is **DISMISSED WITH PREJUDICE**.

    New Orleans, Louisiana, this 8th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE