# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAM Q. LE | CIVIL ACTION |
| VERSUS | NO. 19-9597 |
| DARREL VANNOY, WARDEN | SECTION: "H"(3) |

## J U D G M E N T

The Court, having considered the petition, the record, the applicable law and for the written reasons assigned;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the federal application for habeas corpus relief filed by Tam Q. Le is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 8th day of August, 2024.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**