UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAM Q. LE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-9597** |
| **DARREL VANNOY, WARDEN** | **SECTION "H"(3)** |

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____  a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

__X__  a certificate of appealability shall not be issued for the following reason(s): For the reasons outlined in Record Document 22

New Orleans, Louisiana, this __8th__ day August, 2024.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**