U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  Aug 23 2024
CAROL L. MICHEL
CLERK
BWN                    Angola

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TAM LE                                    CIVIL ACTION

VERSUS                                    NO.: 19-9597

DARRYL VANNOY, Warden,                    SECTION: "H" (3)
La. State Pen.

## NOTICE OF APPEAL

MAY IT PLEASE THE COURT:

Tam Le #605788, the Petitioner herein, gives notice of his intent to appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment in the above caption matter on August 8, 2024, dismissing this case.

This notice is filed pursuant to *Fed.R.App.P. 4(a)*, which requires a notice of intent to appeal to be filed with the Court within thirty days from the date of entry of judgment appealed from.

Respectfully submitted this 22nd day of August, 2024.

                                          Tam Le #605788
                                          MPEY/Mag-2
                                          La. State Penitentiary
                                          Angola, LA 70712-9818

## CERTIFICATE OF SERVICE

I, Tam Le #605788, hereby certify that a copy of the foregoing Notice of Appeal has been served upon the Respondent, through the District Attorney, Parish of St. Tammany, by placing same in the institution's legal mail system for depositing in the U.S. Mail, properly addressed, and with proper, first-class postage pre-paid, this 22nd day of August, 2024.

                                          Tam Le

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TAM LE

CIVIL ACTION

NUMBER: 19-9597

-Versus-

SECTION: "H" (3)

DARREL VANNOY, Warden

## FORM 7. DECLARATION OF INMATE FILING

I am an inmate confined in an institution. Today August 22, 2024, I am hand delivering the Notice of Appeal to the Classification Officer assigned to my Unit to be electronically filed.

I declare under penalty that the foregoing is true and correct (see: 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Tam Le #605788

# eFile-ProSe

| | |
|---|---|
| **From:** | Angola E-Filing <EML-FED-ANG-Printers@LA.GOV> |
| **Sent:** | Friday, August 23, 2024 7:40 AM |
| **To:** | eFile-ProSe |
| **Subject:** | Angola E-Filing |
| **Attachments:** | DOC #605788073920.pdf |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1