SCANNED at LSP and Emailed
8-23-24 by UB . 10 pages
date    initials    No.

**RECEIVED**

AUG 23 2024

Legal Programs Department

Tam Le #605788
MPEY/Mag-2
La. State Penitentiary
Angola, LA 70712-9818

August 22, 2024
(Date)

Clerk of Court, U.S. District Court,
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

RE: *Tam Le v. Darryl Vannoy, Warden*, Civil No. 19-9597.

Dear Clerk:

Please find enclosed my pro se Notice of Intent to Appeal and Application for Certificate of Appealability (COA) that I respectfully ask that you please file into the docket of the above referenced civil matter for judicial consideration and disposition.

Your time and cooperation in this matter is, in advance, greatly appreciated and anxiously anticipated.

Respectfully,

Tam Le

TL/dec#304580

Enclosures

Cc: District Attorney, St. Tammany Parish.