U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  Aug 23 2024

CAROL L. MICHEL
CLERK

BWN                Angola

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAM LE | CIVIL ACTION |
| VERSUS | NO.: 19-9597 |
| DARRYL VANNOY, Warden, La. State Pen. | SECTION: "H" (3) |

## CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the Court, considering the record in the case and the requirement of *F.R.A.P., Rule 22(b)*, hereby finds that:

[ ] a certificate of appealability for an appeal is hereby GRANTED.

[ ] a certificate of appealability for an appeal is hereby DENIED.

<u>REASONS FOR DENIAL</u>:

Date: _____

_____
United States District Judge

# eFile-ProSe

| | |
|---|---|
| **From:** | Angola E-Filing <EML-FED-ANG-Printers@LA.GOV> |
| **Sent:** | Friday, August 23, 2024 7:40 AM |
| **To:** | eFile-ProSe |
| **Subject:** | Angola E-Filing |
| **Attachments:** | DOC #605788073920.pdf |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.