Case 2:19-cv-09597-JTM  Document 29  Filed 08/23/24  Page 1 of 6

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  Aug 23 2024
CAROL L. MICHEL
CLERK
BWN                        Angola

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAM LE | CIVIL ACTION |
| VERSUS | NO.: 19-9597 |
| DARRYL VANNOY, Warden, La. State Pen. | SECTION: "H" (3) |

## MOTION TO PROCEED IN FORMA PAUPERIS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Tam Le #605788, Petitioner/Appellant in the above-cited case and submits his **Motion To Proceed In Forma Pauperis**. In support thereof Appellant would show the following:

On or about August 15, 2024, Mr. Le received the final judgment in the above-styled cause. It was the judgment of the court to deny the Writ of Habeas Corpus.

Mr. Le was declared a pauperis person by the District Court and appellant was allowed to proceed in forma pauperis, during the course of his Petition for Writ of Habeas Corpus. Mr. Le remains an indigent person without any funds to pay the costs which may incur from filing his appeal.

Therefore, Mr. Le moves the court for permission to proceed In Forma Pauperis on appeal in this matter.

Respectfully submitted on this 22nd day of August, 2024.

Tam Le

## AFFIDAVIT TO ACCOMPANY MOTION FOR
## LEAVE TO APPEAL IN FORMA PAUPERIS

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAM LE | CIVIL ACTION |
| VERSUS | NO.: 19-9597 |
| DARRYL VANNOY, Warden,<br>La. State Pen. | SECTION: "H" (3) |

### AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED ON APPEAL
### IN FORMA PAUPERIS

I, Tam Le #605788, being first duly sworn, depose and say that I am the Petitioner/Appellant, in the above entitled case; that in support of my motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore; that I believe I am entitled to redress; and that the issues which I desire to present on appeal are the following:

**See Motion For Certificate of Appealability Attached**

I further swear that the responses which I have made to the questions and instructions below relating to my ability to pay the cost of prosecuting the appeal are true.

1.  Are you presently employed? YES ( ) NO (X)

    a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

    b. If the answer is no, state the date of your last employment and the amount of the salary and wages per month which you received.
    **Not in work force.**

2.  Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source? YES( ) NO(X)

    a. If the answer is yes, describe each source of income, and state the amount received from each during the past twelve months.

3.  Do you own any cash or checking or savings account? YES(X) NO( )

    a. If the answer is yes, state the total value of the items owned.
    **See Certificate of Accounts herein attached.**

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property(excluding ordinary household furnishings and clothing)? YES( )  NO(**X**)

    a.  If the answer is yes, describe the property and state its approximate value.

5.  List the persons who are dependent upon you for support and state your relationship to those persons.
    **None.**

I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

_____
Tam Le

# UNITED STATES DISTRICT COURT
## Eastern District of Louisiana

TAM Q. LE #605788
      Plaintiff

V.

DARREL VANNOY, Warden
      Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, Tam Q. Le, declare that I am the (check the appropriate box)

[ X ] Petitioner/plaintiff/movant      [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     [ X ] Yes     [ ] No     (If "No, go to Part 2)

    If "Yes," state the place of your incarceration Louisiana State Penitentiary, MPEY/Spruce-4, Angola, LA 70712 Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Have the institution certify the Statement of Account portion of this affidavit or attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    [ ] Yes    [ X ] No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer if "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    [ ] Yes    [ ] No
    b. Rent payments, interest or dividends    [ ] Yes    [ ] No
    c. Pensions, annuities or life insurance payments    [ ] Yes    [ ] No
    d. Disability or workers compensation payments    [ ] Yes    [ ] No
    e. Gifts or inheritances    [ ] Yes    [ ] No
    f. Any other sources    [ ] Yes    [ ] No

If the answer to any of the above is "Yes," describe each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts?   [ ] Yes   [ ] No

    If "Yes," state the total amount _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? [ ] Yes   [ ] No

    If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

| Name | Relationship | Amount Contributed for Support |
|---|---|---|
| | | |

I declare under penalty of perjury that the above information is true and correct.

_____8/22/24_____     _____
Date                                    Signature of Applicant

---

## STATEMENT OF ACCOUNT
(Certified Institutional Equivalent)

I hereby certify that this inmate, Tam Q. Le #605788, has a present inmate account balance of $ 7654.17 at the Louisiana State Penitentiary institution. I further certify that the average monthly deposits for the preceding six months is $ -0-

*(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing the total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is divided by six).*

I further certify that the average monthly balance for the prior six months is $ 989.61

*(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six).*

_____DATE_____     _____Saundra Rosso_____
Date Certified                                Authorized Officer of Institution

AUG 1 6 2024

CERTIFIED

# eFile-ProSe

| | |
|---|---|
| **From:** | Angola E-Filing <EML-FED-ANG-Printers@LA.GOV> |
| **Sent:** | Friday, August 23, 2024 7:40 AM |
| **To:** | eFile-ProSe |
| **Subject:** | Angola E-Filing |
| **Attachments:** | DOC #605788073920.pdf |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.