UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TAM LE

CIVIL ACTION

VERSUS

NO.: 19-9597

DARRYL VANNOY, Warden,
La. State Pen.

SECTION: "H" (3)

## ORDER

Considering the foregoing application and affidavit, IT IS ORDERED that:

[ ] the party appealing is entitled to proceed in forma pauperis.

[ ] the party appealing is not entitled to proceed in forma pauperis for the listed reasons:

Done this _____ day of _____, 2024.

_____
U.S. DISTRICT COURT JUDGE