UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TAM Q. LE,  # 605788                                              CIVIL ACTION


VERSUS                                                           NUMBER:  19-9597


DARREL VANNOY                                                    SECTION:  "H" (3)

## ORDER

Considering the application and affidavit to proceed in forma pauperis and the Motion for Certificate of Appealability;

**IT IS ORDERED** that Defendant's Motion for Certificate of Appealability (Doc. 28) is **DENIED AS MOOT** in light of Record Document 26.

**IT IS FURTHER ORDERED** that the motion to proceed in forma pauperis is **GRANTED**; the party is entitled to proceed in forma pauperis.


New Orleans, Louisiana, this 28th day of August, 2024.



_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE