# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 27, 2025

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

     Re:  Tam Q. Le
         v. Tim Hooper, Warden
         No. 24-6940
         (Your No. 24-30559)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk


U.S. COURT OF APPEALS
RECEIVED
MAY 27 2025
FIFTH CIRCUIT